[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-14801
Non-Argument Calendar

_____

D.C. Docket No. 3:12-cr-00012-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONALD RAY HOLMES,

Defendant-Appellant.

_____

No. 13-14802
Non-Argument Calendar

_____

D.C. Docket No.  3:13-cr-00013-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONALD RAY HOLMES,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Florida
_____

(July 31, 2014)

Before PRYOR, MARTIN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Donald Holmes in these direct criminal appeals, has moved to withdraw from further representation of Holmes and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeals is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Holmes's conviction, revocation of supervised release, and sentences are **AFFIRMED**.